# United States Court of Appeals
# for the Fifth Circuit

——————————

No. 22-60172

——————————

United States Court of Appeals
Fifth Circuit

**FILED**
April 17, 2023

Lyle W. Cayce
Clerk

COURTNEY R. LOGAN,

*Plaintiff—Appellant*,

*versus*

MISSISSIPPI DEPARTMENT OF CORRECTIONS; HALEY BARBOUR, FORMER GOVERNOR; NATHAN BURLCAIN; JOHN DOE, *warden*; TIMOTHY JONES, *assistant district attorney*; RICKY BANKS, *sheriff of Leflore County*; TRINA BURRIS, *Mississippi Department of Corrections*; JOHN ZIMMERMANN, *assistant district attorney Tennessee*,

*Defendants—Appellees*.

——————————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:21-CV-35

——————————————————————

Before WIENER, ELROD, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

For at least the fifth time, Courtney Logan challenges the legality of his extraditions between the states of Tennessee and Mississippi. *See Logan v. State*, 311 So. 3d 724 (Miss. Ct. App. 2021). This court has twice "warned

————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-60172

Logan that submitting frivolous or repetitive filings challenging his extradition could subject him to sanctions." *In re Logan*, No. 21-60156, 3 (5th Cir. May 5, 2021) (citing *In re Logan*, No. 15-60658, 1-2 (5th Cir. Nov. 20, 2015)). In fact, in order to get around his three strikes which would otherwise have prevented him from raising this claim, Logan paid the filing fee for this case.

Like his previous attempts to challenge his extraditions in state and federal court, Courtney's present filing is frivolous and wholly without merit. This appeal shall be dismissed and Logan is again WARNED that any future frivolous, repetitive, or otherwise abusive filings in this court or any court subject to this court's jurisdiction will subject him to additional and progressively more severe sanctions, including monetary sanctions and further restrictions on his ability to file pleadings in this court or any court subject to this court's jurisdiction.

DISMISSED.